**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

In re:                                                    *

WILLIAM E. NELSON, JR..                    *          CASE NO.: 18-11184 LSS
                                                                              (Chapter 11)
           Debtor                                    *

*        *        *        *        *        *        *        *        *        *        *        *        *

**REQUEST TO PERMIT INSPECTION OF COLLATERAL**

PACCAR Financial Corp., a creditor and party in interest, by MICHAEL J. KLIMA, JR., its attorney, files its request to permit the inspection of its collateral pursuant to F.R.Civ.P. 34 and F.R.Bankr. P. 7034.

PACCAR Financial Corp. holds perfected purchase money security interests in the following:

1.        one 2014 Peterbilt 367 truck, vehicle identification number1NPTXPEXXED239734, with attached F&S Alum body serial number HY170600813.

2.        one 2016 Peterbilt 389, vehicle identification number 1NPXX4EX8GD300551, with attached 17'3" J&J Dump Body serial number TS22956.

3.        one 2016 Peterbilt 389, vehicle identification number 2NPXX4EX4GM300542, with attached 17'3" Logan Dump Body serial number 04816.

4.        one 2017 Peterbilt 389, vehicle identification number 1NPXX4EX4HD365351, with attached 17'5" Logan Dump Body serial number 05602A.

5.        one 2017 Peterbilt 567, vehicle identification number 1NPCXPEX7HD365439, with attached 17' Logan Dump Body, Serial Number 05855.

6.        one 2017 Trailstar International Semidump Trailer, vehicle identification number 4T9DA35C2H1110775.

7.        one 2017 Peterbilt 389, vehicle identification number

1XPXD49XXHD418837.

In anticipation of the Debtor's proposed plan of reorganization, Pacaar Financial Corp. requests an inspection of the aforesaid vehicles so it may determine their value.

PACCAR Financial Corp. requests it be permitted to inspect the vehicles on the 12th day of September, 2018 at 10:00 A.M. at 24125 Ridge Road, Germantown, MD 20876, the Debtor's petition address.

/s/ Michael J. Klima, Jr.
MICHAEL J. KLIMA, JR.  #25562
8028 Ritchie Hwy, Ste. 300
Pasadena, MD 21322
(410) 768-2280
Attorney for Movant
18-05045

## CERTIFICATE OF SERVICE

I certify hat on this 9th day of August, 2018, I served a copy of the foregoing Request To Permit Inspection of Collateral was served, by first class mail, postage prepaid, pursuant to F.R.Bankr.P. 7004, on the following:

William E. Nelson, Jr.
24125 Ridge Road
Germantown, MD 20876

Brett Weiss
Chung & Press, LLC
6404 Ivy Lane, Suite 650
Greenbelt, MD 20770

Lynn A. Kohen
U.S. Trustee Office
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

/s/ Michael J. Klima, Jr.
Michael J. Klima, Jr.